# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **WANG LOU,** <br><br> Defendant. | Case No. 16-03095-01-CR-S-RK |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by Teresa A. Moore, Acting United States Attorney, and the undersigned Assistant United States Attorney, both for the Western District of Missouri, hereby moves the Court to unseal the Indictment in the above referenced matter, for the following reasons:

1. The defendant was indicted by a federal grand jury on August 23, 2016.

2. The defendant is a Chinese National who has not returned to this country and has not been apprehended by United States law enforcement.

3. The Government would request that the Indictment be unsealed, so that a motion to dismiss can be filed, due to the passage of more than four years since the indictment.

WHEREFORE, the Government respectfully requests an Order from this Honorable Court to unseal the Indictment in the above-numbered case.

Respectfully submitted,

Teresa A. Moore
Acting United States Attorney

By  /s/ Patrick Carney
Patrick Carney, KS. Bar # 20254
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806-2511